1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Jose Francisco Lucero-Salcedo
7
8                       UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj8656
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 JOSE FRANCISCO LUCERO-SALCEDO,   )
                                    )
15              Defendant.          )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned.
20                                       Respectfully submitted,
21 Dated: July 22, 2008                   _s/ Bridget Kennedy_____
                                          Federal Defenders of San Diego, Inc.
22                                        _bridget_kennedy@fd.org_
23
24
25
26
27
28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Jose Francisco Lucero-Salcedo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj8656 |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | PROOF OF SERVICE |
|  ) | |
| **JOSE FRANCISCO LUCERO-SALCEDO,** ) | |
|  ) | |
| Defendant. ) | |
|  ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 22, 2008                              *s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail:bridget_kennedy@fd.org